# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Anthony David Gabaldon,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>US Bank, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-01539-KJD-BNW<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff submitted initiating documents to this Court on August 20, 2020. (ECF No. 1.) Plaintiff did not pay the filing fee for this case or file an application to proceed *in forma pauperis*. Accordingly, the Court entered an order on August 21, 2020 directing Plaintiff to submit an application to proceed *in forma pauperis* or pay the filing fee by September 22, 2020. (ECF No. 2.) The Court further advised Plaintiff that a failure to comply with this order would result in a recommendation that this case be dismissed. Plaintiff has not complied with this order, requested an extension, or otherwise responded to the Court's order.

Additionally, the Court's order at ECF No. 2 was returned as undeliverable. (ECF No. 4.) The Court entered an order on September 15, 2020 directing the Plaintiff to update his address by September 28, 2020. (ECF No. 5.) The Court also advised Plaintiff that if he did not update his address by this date, the Court would recommend that his case be dismissed. Plaintiff has not updated his address or otherwise responded to this order.

1  IT IS THEREFORE RECOMMENDED that Plaintiff's case be dismissed without prejudice and this case closed.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: October 5, 2020.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE