UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ANTHONY DAVID GABALDON,

Plaintiff,

v.

U.S. Bank, *et al.*,

Defendants.

Case No. 2:20-cv-01539-KJD-BNW

ORDER

Before the Court for consideration is the Report and Recommendation (#7) of Magistrate Judge Brenda Weksler entered October 5, 2020, recommending that Plaintiff's action be dismissed without prejudice for failure to file an application to proceed *in forma pauperis* or to pay the filing fee. Though the time for doing so has passed, Plaintiff has failed to file any objections to the Report and Recommendation, to file an *IFP* or to pay the filing fee. Further, Court mail addressed to Plaintiff has been returned on two occasions marked "Attempted-Not Known." The Court ordered Plaintiff to update his address in accordance with the Local Rules no later than September 28, 2020, but Plaintiff failed to update his address.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2.  The Court determines that the Report and Recommendation (#7) of the United States Magistrate Judge entered October 5, 2020, should be **ADOPTED and AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#7) entered October 5, 2020, are **ADOPTED and AFFIRMED**;

IT IS FURTHER ORDERED that Plaintiff's action is **DISMISSED without prejudice.**

DATED this 4TH day of December 2020.

The Honorable Kent J. Dawson
United States District Judge